A CERTIFIED TRUE COPY

JUN -7 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 13 PM 1: 27

LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

C 05-1463 CRB

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 20 2005

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER ((CTO-11))

FILED

JUN 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 439 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN -7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

JUN 14 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

# SCHEDULE CTO-11 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV. C.A | CASE CAPTION | EDLA |
|---|---|---|
| **ALABAMA MIDDLE** | | SEC. L/3 |
| ALM 3  05-366 | Diana D. James v. Merck & Co., Inc., et al. | 05-2242 |
| **ALABAMA NORTHERN** | | |
| ALN 3  05-697 | Linda Miller, etc. v. Merck & Co., Inc. | 05-2243 |
| ALN 5  05-736 | Janelle Conly v. Merck & Co., Inc. | 05-2244 |
| ALN 5  05-737 | Gladys Ruth Neely v. Merck & Co., Inc. | 05-2245 |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC 2  05-2485~~ | ~~Mike Alfonso, et al. v. Merck & Co., Inc., et al.~~ Vacated 6/6/05 | |
| ~~CAC 2  05-2487~~ | ~~Elida Alaniz, et al. v. Merck & Co., Inc., et al.~~ Vacated 6/6/05 | |
| **CALIFORNIA EASTERN** | | |
| CAE 2  05-580 | Evelyn Mayo v. Merck & Co., Inc. | 05-2246 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3  05-1462~~ | ~~Richard K. Critchlow v. Merck & Co., Inc.~~ | 05-2247 |
| CAN 3  05-1463 | Frank Womack, et al. v. Merck & Co., Inc. | 05-2248 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1  05-742 | Ernest D. Bell v. Merck & Co., Inc. | 05-2249 |
| **FLORIDA MIDDLE** | | |
| FLM 2  05-138 | Claire Sullivan, et al. v. Merck & Co., Inc. | 05-2250 |
| ~~FLM 3  05-31~~ | Sandra Lowe, etc. v. Merck & Co., Inc. (should be FLM 3:05-315) | 05-2251 |
| FLM 8  05-736 | John L. Bunch, et al. v. Merck & Co., Inc. | 05-2252 |
| FLM 8  05-737 | J. Barna, et al. v. Merck & Co., Inc. | 05-2253 |
| FLM 8  05-738 | Patricia A. Barfield v. Merck & Co., Inc. | 05-2254 |
| **FLORIDA SOUTHERN** | | |
| FLS 0  05-60385 | Robert Wayne Jones, et al. v. Merck & Co., Inc. | 05-2255 |
| FLS 0  05-60498 | Shawn Ryan, et al. v. Merck & Co., Inc. | 05-2256 |
| FLS 9  05-80292 | Joan Berman, et al. v. Merck & Co., Inc. | 05-2257 |
| **GEORGIA MIDDLE** | | |
| GAM 4  05-34 | Catherine P. Ghant, etc. v. Merck & Co., Inc. | 05-2258 |
| **GEORGIA SOUTHERN** | | |
| GAS 4  05-56 | Gladys M. Jackson v. Merck & Co., Inc. | 05-2259 |
| **IOWA SOUTHERN** | | |
| IAS 1  05-9 | Dennis Mefferd v. Merck & Co., Inc. | 05-2260 |
| IAS 4  05-216 | Pamela Fleckenstein, et al. v. Merck & Co., Inc. | 05-2261 |
| **ILLINOIS NORTHERN** | | |
| ILN 1  05-2062 | Robert Harrison v. Merck & Co., Inc. | 05-2262 |
| ILN 1  05-2076 | James Radats v. Merck & Co., Inc. | 05-2263 |
| ILN 1  05-2260 | Lona Jean Wilson, etc. v. Merck & Co., Inc., et al. | 05-2264 |

SCHEDULE CTO-11 TAG-ALONG ACTIONS (MDL-1657)                                            PAGE 2 of 5

| DISTRICT DIV. C.A | CASE CAPTION | EDLA |
|---|---|---|
| **ILLINOIS SOUTHERN** | | SEC. L/3 |
| ILS 3 05-247 | Richard Behnken v. Merck & Co., Inc. | 05-2265 |
| ILS 3 05-254 | Kathleen Schulten v. Merck & Co., Inc. | 05-2266 |
| ILS 3 05-280 | August Battaglia v. Merck & Co., Inc. | 05-2267 |
| ILS 3 05-281 | Margaret Aguirre v. Merck & Co., Inc., et al. | 05-2268 |
| **INDIANA SOUTHERN** | | |
| INS 1 05-349 | Sheet Metal Workers Local No. 20 Welfare & Benefit Funds, et al. v. Merck & Co., Inc. | 05-2269 |
| INS 1 05-508 | Michelle Biondillo, et al. v. Merck & Co., Inc. | 05-2270 |
| INS 1 05-538 | Anita Ahern, etc. v. Merck & Co., Inc. | 05-2271 |
| **KENTUCKY EASTERN** | | |
| KYE 2 05-67 | Thomas Marshall, et al. v. Merck & Co., Inc. | 05-2272 |
| **LOUISIANA WESTERN** | | |
| LAW 1 05-606 | Cindy Huckaby v. Merck & Co., Inc., et al. | 05-2273 |
| LAW 2 05-647 | Carol Frank v. Merck & Co., Inc. | 05-2274 |
| LAW 2 05-648 | Sayretha Leday v. Merck & Co., Inc. | 05-2275 |
| LAW 2 05-654 | Barbara Morgan v. Merck & Co., Inc. | 05-2276 |
| LAW 2 05-655 | Leland Ryan, Sr. v. Merck & Co., Inc. | 05-2277 |
| LAW 5 05-36 | Jane Carey v. Merck & Co., Inc. | 05-2278 |
| LAW 6 05-680 | Harry Francis, III v. Merck & Co., Inc. | 05-2279 |
| **MICHIGAN EASTERN** | | |
| MIE 2 05-71577 | Frankenmuth Financial Group, et al. v. Merck & Co., Inc. | 05-2280 |
| **MINNESOTA** | | |
| MN 0 05-517 | Kristi Dills, etc. v. Merck & Co., Inc. | 05-2281 |
| MN 0 05-709 | Betty Schleich, etc. v. Merck & Co., Inc. | 05-2282 |
| MN 0 05-729 | Benny Ray Beavers v. Merck & Co., Inc. | 05-2283 |
| MN 0 05-777 | Rose Marie Heerwald v. Merck & Co., Inc. | 05-2284 |
| MN 0 05-818 | Johnny M. Peele, etc. v. Merck & Co., Inc. | 05-2285 |
| **MISSOURI EASTERN** | | |
| MOE 4 05-402 | Deryl Orton v. Merck & Co., Inc. | 05-2286 |
| MOE 4 05-523 | Kenneth Diel v. Merck & Co., Inc. | 05-2287 |
| ~~MOE 4 05-568~~ | ~~Letty Bess, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/6/05 | |
| ~~MOE 4 05-569~~ | ~~Arthur Mullins, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/6/05 | |
| MOE 4 05-571 | Harshad Patel v. Merck & Co., Inc. | 05-2288 |
| MOE 4 05-624 | Gavin Dineen v. Merck & Co., Inc. | 05-2289 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-360 | Johnny Robinson, et al. v. Merck & Co., Inc. | 05-2290 |
| **NORTH CAROLINA MIDDLE** | | |
| ~~NCM 1 05-348~~ | ~~Jimmy Reid v. Merck & Co., Inc.~~ Opposed 6/6/05 | |
| **NEVADA** | | |
| NV 3 05-201 | Michael Diaz v. Merck & Co., Inc. | 05-2291 |
| **NEW YORK EASTERN** | | |
| NYE 1 05-1753 | Victor Robles, etc. v. Merck & Co., Inc. | 05-2292 |
| NYE 1 05-1793 | Helen Bromfeld v. Merck & Co., Inc. | 05-2293 |
| NYE 2 05-1582 | The County of Suffolk, New York v. Merck & Co., Inc. | 05-2294 |

SCHEDULE CTO-11 TAG-ALONG ACTIONS (MDL-1657)                                                                    PAGE 3 of 5

| DISTRICT DIV. C.A | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| **NEW YORK NORTHERN** | | |
| NYN 5 05-451 | Margaret E. Witzke v. Merck & Co., Inc. | 05-2295 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-3428 | John Popper, et al. v. Merck & Co., Inc., et al. | 05-2296 |
| NYS 1 05-3643 | Carlo DeVincentiis, et al. v. Merck & Co., Inc. | 05-2297 |
| NYS 1 05-3644 | Trina Pritchard, etc. v. Merck & Co., Inc., et al. | 05-2298 |
| **OHIO NORTHERN** | | |
| OHN 1 05-867 | Paul Hamrick v. Merck & Co., Inc. | 05-2299 |
| OHN 1 05-885 | Mary Pierce v. Merck & Co., Inc. | 05-2300 |
| OHN 1 05-886 | Nicholas Costa v. Merck & Co., Inc. | 05-2301 |
| OHN 1 05-887 | Virginia C. Marcum, et al. v. Merck & Co., Inc. | 05-2302 |
| OHN 1 05-888 | Mary Gaines v. Merck & Co., Inc. | 05-2303 |
| OHN 1 05-889 | Clyde Wade v. Merck & Co., Inc. | 05-2304 |
| OHN 1 05-890 | Ina Rothman v. Merck & Co., Inc. | 05-2305 |
| OHN 1 05-891 | Hipolito Adorno Gonzalez v. Merck & Co., Inc. | 05-2306 |
| OHN 1 05-892 | Rufus Foster v. Merck & Co., Inc. | 05-2307 |
| OHN 1 05-893 | Maria E. Quinn, etc. v. Merck & Co., Inc. | 05-2308 |
| OHN 1 05-907 | Azell Warner, et al. v. Merck & Co., Inc. | 05-2309 |
| OHN 1 05-908 | Larry A. Haines, et al. v. Merck & Co., Inc. | 05-2310 |
| OHN 1 05-909 | Pamela Hilton, etc. v. Merck & Co., Inc. | 05-2311 |
| OHN 1 05-910 | Charles Smith, Jr. v. Merck & Co., Inc. | 05-2312 |
| OHN 1 05-913 | Ralph E. Sheetz, et al. v. Merck & Co., Inc. | 05-2313 |
| OHN 1 05-916 | Melvin House, et al. v. Merck & Co., Inc. | 05-2314 |
| OHN 1 05-969 | Helene M. Royse v. Merck & Co., Inc. | 05-2315 |
| OHN 3 05-7133 | Robert L. Boyer v. Merck & Co., Inc. | 05-2316 |
| OHN 3 05-7137 | Jerry D. Scouten, et al. v. Merck & Co., Inc. | 05-2317 |
| OHN 3 05-7145 | David Wade Clemens, et al. v. Merck & Co., Inc. | 05-2318 |
| OHN 3 05-7150 | Mary A. Bails v. Merck & Co., Inc. | 05-2319 |
| OHN 3 05-7151 | Bryan B. Goeble, et al. v. Merck & Co., Inc. | 05-2320 |
| OHN 5 05-837 | James E. Fisk v. Merck & Co., Inc. | 05-2321 |
| OHN 5 05-914 | James Sargiovanni v. Merck & Co., Inc. | 05-2322 |
| OHN 5 05-915 | Mary Gatling v. Merck & Co., Inc. | 05-2323 |
| **OHIO SOUTHERN** | | |
| OHS 1 05-220 | Bert Harbin v. Merck & Co., Inc. | 05-2324 |
| OHS 1 05-221 | Claudia Taylor v. Merck & Co., Inc. | 05-2325 |
| OHS 1 05-222 | Angie Ross v. Merck & Co., Inc. | 05-2326 |
| OHS 1 05-230 | Chris Mersman, et al. v. Merck & Co., Inc. | 05-2327 |
| OHS 1 05-235 | Annie Bradford v. Merck & Co., Inc. | 05-2328 |
| OHS 1 05-236 | Naomi Powell, et al. v. Merck & Co., Inc. | 05-2329 |
| OHS 1 05-239 | John W. Kemp, et al. v. Merck & Co., Inc. | 05-2330 |
| OHS 2 05-315 | Robert M. Vermillion v. Merck & Co., Inc. | 05-2331 |
| OHS 2 05-316 | Jose Espinoza v. Merck & Co., Inc. | 05-2332 |
| OHS 2 05-317 | A. Neil Johnson, et al. v. Merck & Co., Inc. | 05-2333 |
| OHS 2 05-319 | Livinus U. Nwampka, et al. v. Merck & Co., Inc. | 05-2334 |
| OHS 2 05-323 | Sherry Oiler v. Merck & Co., Inc. | 05-2335 |
| OHS 2 05-324 | Gary Strapp, et al. v. Merck & Co., Inc. | 05-2336 |
| OHS 2 05-325 | Lillie Mae Boswell v. Merck & Co., Inc. | 05-2337 |
| OHS 2 05-326 | Tony Banfield v. Merck & Co., Inc. | 05-2338 |
| OHS 2 05-327 | Charles Dudas v. Merck & Co., Inc. | 05-2339 |
| OHS 2 05-328 | Gary Strapp, et al. v. Merck & Co., Inc. | 05-2340 |
| OHS 2 05-329 | Rosemary Nash v. Merck & Co., Inc. | 05-2341 |
| OHS 2 05-331 | James Oliver v. Merck & Co., Inc. | 05-2342 |
| OHS 2 05-332 | Wilma Bradam v. Merck & Co., Inc. | 05-2343 |

SCHEDULE CTO-11 TAG-ALONG ACTIONS (MDL-1657)                              PAGE 4 of 5

| DISTRICT DIV. C.A | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| OHS 2 05-337 | Gloria Morris, et al. v. Merck & Co., Inc. | 05-2344 |
| OHS 2 05-339 | Elna Looney v. Merck & Co., Inc. | 05-2345 |
| OHS 2 05-340 | Eugene Howard, et al. v. Merck & Co., Inc. | 05-2346 |
| OHS 2 05-341 | Margaret Byerly v. Merck & Co., Inc. | 05-2347 |
| OHS 2 05-342 | Earl Munyan, et al. v. Merck & Co., Inc. | 05-2348 |
| OHS 2 05-343 | Grant N. McCune, et al. v. Merck & Co., Inc. | 05-2349 |
| OHS 2 05-344 | Pam Hanson v. Merck & Co., Inc. | 05-2350 |
| OHS 2 05-354 | Marchelle S. Adams v. Merck & Co., Inc. | 05-2351 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-1610 | Judith Lawrence-Wicks, et al. v. Merck & Co., Inc., et al. | 05-2352 |
| PAE 2 05-1611 | Mabel Slade v. Merck & Co., Inc., et al. | 05-2353 |
| PAE 2 05-1612 | Betty Rayford v. Merck & Co., Inc., et al. | 05-2354 |
| PAE 2 05-1615 | Betty Laney, et al. v. Merck & Co., Inc., et al. | 05-2355 |
| PAE 2 05-1850 | Larry Krieg, et al. v. Merck & Co., Inc. | 05-2356 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 05-425 | Beverly Baker, etc. v. Merck & Co., Inc. | 05-2357 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1096 | Doyle Johnson v. Merck & Co., Inc., et al. | 05-2358 |
| TNW 2 05-2251 | Betty J. Grose v. Merck & Co., Inc. | 05-2359 |
| **TEXAS EASTERN** | | |
| TXE 1 05-253 | Richard Cutbirth v. Merck & Co., Inc. | 05-2360 |
| TXE 1 05-266 | Larry Polk v. Merck & Co., Inc. | 05-2361 |
| TXE 1 05-272 | Debbie Radley, etc. v. Merck & Co., Inc. | 05-2362 |
| TXE 1 05-276 | Racheal Ceaser v. Merck & Co., Inc. | 05-2363 |
| TXE 2 05-134 | Ella Burks, et al. v. Merck & Co., Inc. | 05-2364 |
| TXE 5 05-52 | Douglas Dale Swink v. Merck & Co., Inc. | 05-2365 |
| TXE 5 05-53 | Donna Lynn Watson v. Merck & Co., Inc. | 05-2366 |
| **TEXAS NORTHERN** | | |
| TXN 3 05-745 | Arthur Carpenter, et al. v. Merck & Co., Inc. | 05-2367 |
| TXN 3 05-969 | Betty Dutlon, et al. v. Merck & Co., Inc. | 05-2368 |
| **TEXAS SOUTHERN** | | |
| TXS 2 05-188 | Marina V. Afanasyeva v. Merck & Co., Inc. | 05-2369 |
| TXS 4 05-882 | Joel W. Yeakley, M.D., et al. v. Merck & Co., Inc. | 05-2370 |
| TXS 4 05-1198 | Katie Smith v. Merck & Co., Inc. | 05-2371 |
| TXS 4 05-1199 | Enrique Villafranca, et al. v. Merck & Co., Inc. | 05-2372 |
| TXS 4 05-1354 | Brenda Green-Watkins, et al. v. Merck & Co., Inc. | 05-2373 |
| TXS 4 05-1429 | Perry Washington, et al. v. Merck & Co., Inc. | 05-2374 |
| TXS 6 05-37 | Larry Wolfe v. Merck & Co., Inc. | 05-2375 |
| ~~TXS 6 05-4~~ | Leslie Bouldin, et al. v. Merck & Co., Inc. (should be TXS 6:05-48) | 05-2376 |
| **TEXAS WESTERN** | | |
| TXW 4 05-27 | Francisca Lozano, et al. v. Merck & Co., Inc. | 05-2377 |
| TXW 6 05-137 | Nettie Patterson v. Merck & Co., Inc. | 05-2378 |
| TXW 6 05-138 | Georgelene Smith v. Merck & Co., Inc. | 05-2379 |
| TXW 6 05-146 | Sylvia Castillo, et al. v. Merck & Co., Inc. | 05-2380 |
| **UTAH** | | |
| UT 2 05-267 | Alissa Blake, etc. v. Merck & Co., Inc. | 05-2381 |

SCHEDULE CTO-11 TAG-ALONG ACTIONS (MDL-1657)                                        PAGE 5 of 5

| DISTRICT DIV. C.A | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| VIRGINIA EASTERN | | |
| VAE 2 05-187 | Belisa Benjumea v. Merck & Co., Inc., et al. | 05-2382 |
| VAE 3 05-287 | Warren L. Meggison v. Merck & Co., Inc. | 05-2383 |
| VIRGINIA WESTERN | | |
| VAW 2 05-16 | David Morrison Akers, et al. v. Merck & Co., Inc., et al. | 05-2384 |
| VAW 2 05-17 | Bonnie Booher, et al. v. Merck & Co., Inc., et al. | 05-2385 |
| WASHINGTON EASTERN | | |
| WAE 2 05-3039 | David N. Raglin v. Merck & Co., Inc. | 05-2386 |
| WISCONSIN EASTERN | | |
| WIE 2 05-337 | Jeffrey W. Corcoran, et al. v. Merck & Co., Inc. | 05-2387 |
| WIE 2 05-389 | Odell Harris v. Merck & Co., Inc. | 05-2388 |
| WIE 2 05-390 | Isidoro Lugo v. Merck & Co., Inc. | 05-2389 |
| WIE 2 05-391 | Christine Patterson v. Merck & Co., Inc. | 05-2390 |
| WIE 2 05-392 | Shirley Pekarske v. Merck & Co., Inc. | 05-2391 |
| WIE 2 05-393 | Margaret Payne v. Merck & Co., Inc. | 05-2392 |
| WEST VIRGINIA NORTHERN | | |
| ~~WVN 5 05-48~~ | ~~Shelia Dalgo v. Merck & Co., Inc.~~ Opposed 6/7/05 | |
| WEST VIRGINIA SOUTHERN | | |
| WVS 1 05-323 | Doris Haynes, et al. v. Merck & Co., Inc. | 05-2393 |

# INVOLVED COUNSEL LIST (CTO-11)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Lopez, Hodes, Restaino, Milman
& Skikos
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101-2000

Joseph R. Alexander, Jr.
Hanen, Alexander, Johnson
& Spalding
3450 One Allen Center
Houston, TX 77002

F. Wendell Allen
Bradley Arant Rose & White, LLP
P. O. Box 830709
Birmingham, AL 35283-0709

Alejandro Alvarez
355 Palermo Avenue
Coral Gables, FL 33134

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Charles Avrith
Hughes, Hubbard & Reed, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071-3442

Crystal Bowie Baker
Nelson Mullins Riley & Scarborough,
LLP
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kathryn E. Barnett
Lieff, Cabraser, Heimann
& Bernstein, L.L.P.
3319 West End Avenue, Suite 600
Nashville, TN 37203-1074

Deidre Baumann
Baumann, Shuldiner & Lee
79 West Monroe Street, Suite 900
Chicago, IL 60603

Donald G. Beattie
Beattie Law Firm PC
4300 Grand Ave
Des Moines, IA 50312

Mark Belz
Belz & Jones
7777 Bonhomme, Ave., Suite 1605
St. Louis, MO 63105-1911

Ronald R. Benjamin
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902-0607

Kevin F. Berry
Cozen & O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Christopher J. Blake
Nelson, Mullins, Riley & Scarborough,
LLP
Glenlake One Suite 200
4140 Parklanke Ave.
Raleigh, NC 27612

Steven J. Boranian
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Terry N. Brown
Brown & Associates
5520 West Main Street
Belleville, IL 62226

William M. Cannon
Cannon & Dunphy, S.C.
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Douglas E. Chaves
Gonzales, Hoblit & Ferguson
802 N. Carancahua, Suite 2000
Corpus Christi, TX 78470

James W. Childress
Pruitt, Neeley & Childress, PLLC
P.O. Box 1259
Grundy, VA 24614

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Phillip A. Ciano
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Cleveland, OH 44113

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli
1220 Huron Road, Tenth Floor
Cleveland, OH 44115

Edward J. Cloos, III
Law Office of Edward J. Cloos, III
411 N. Theard Street
Covington, LA 70433

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

James P. Costello
Costello, McMahon & Burke, Ltd.
150 North Wacker Drive, Suite 3050
Chicago, IL 60606

Roger Thomas Creager
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230

Judith Crumpton
2266 Derby Street
Baldwin, NY 11510

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue, Suite 100
Birmingham, AL 35205

Kyle B. Davis
P.O. Box 1221
New Boston, TX 75570

Amy Ficklin Debrota
Price, Waicukauski, Riley & Debrota
301 Massachusetts Avenue
Indianapolis, IN 46204

Mark A. DiCello
Law Office Of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Neal A. Eisenbraun
Eisenbraun Law Office
2599 Mississippi Street
New Brighton, MN 55112

James Esparza
Esparza Law Firm
1434 East 4500 South
# 100
Salt Lake City, UT 84117

Julie J. Flessas
Turner & Flessas SC
411 E. Wisconsin Ave., Suite 505
Milwaukee, WI 53202

E. Ben Franks
Law Offices of E. Ben Franks
8 Woodmont Crossing
Texarkana, TX 75503

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Anthony Gallucci
Kelley & Ferraro
1300 East Ninth Street
1901 Bond Court Bldg.
Cleveland, OH 44114

Mark R. Galzerano
1301 Hornyak Drive
Aliquippa, PA 15001-4544

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Evan S. Glanz
Gibbons, Del Deo, Dolan, Griffinger,
et al.
One Riverfront Plaza
Newark, NJ 07102

Ismael Gonzalez
Ismael Gonzalez, P.C.
53 West 36th Street, Suite 605
New York, NY 10018

Tim K. Goss
Capshaw Goss & Bowers
3031 Allen Street, Suite 200
Dallas, TX 75204

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Hunstville, AL 35804

Brian J. Green
Shapero, Green & Michel
220 Signature Square, II
25151 Chagrin Blvd.
Cleveland, OH 44122

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

Charles C. Harrell
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Barbara J. Hart
Goodkind, Labaton, Rudoff
& Sucharow, LLP
100 Park Avenue, 12th Floor
New York, NY 10017-5563

James C. Hayes, III
Office of James C. Hayes, III
40 Division Street
Amsterdam, NY 12010

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Allison M. Heffern
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE, Suite 1200
Cedar Rapids, IA 52401-1266

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Joseph K. Hetrick
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Christopher J. Hickey
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Charles R. Houssiere, III
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812

Michael K. Houtz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road, Suite 320
Baltimore, MD 21208

Mitchell R. Jensen
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Charles H. Johnson
Charles H. Johnson & Assoicates, PA
12226 Nicollet Avenue, South
P.O. Box 1967
Burnsville, MN 55337

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Michael V. Kelley
Kelley & Ferraro
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Russell M. Koefoed
Barlow, Kobata & Denis
222 South Riverside Plaza, Suite 1410
Chicago, IL 60606

H. Seward Lawlor
Glasser & Glasser, P.L.C.
580 East Main Street
600 Crown Center
Norfolk, VA 23510

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell & Matthews, PA
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Theodore V. Mayer
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Timothy W. McAfee
McAfee Law Firm, P.C.
P.O. Box 656
Norton, VA 24273-0656

Kevin E. McDermott
36815 Detroit Road
Avon, OH 44011

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Michael D. Meadows
Casper, Meadows & Schwartz
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596

Ronald J. Miciotto
Miciotto, King & King
628 Stoner Avenue
Shreveport, LA 71101

Jessica D. Miller
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Patricia L. Mitchell
Shawn, Khorrami Law Offices
14550 Haynes Street, 3rd Floor
Van Nuys, CA 91411

Richard W. Mithoff, Jr.
Mithoff & Jacks
500 Dallas, Suite 3450
Penthouse, One Allen Center
Houston, TX 77002

William H. Monroe, Jr.
Glasser & Glasser, P.L.C.
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510

F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Patrick J. Mulligan
Law Office of Patrick J. Mulligan
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

John T. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202

William O'Mara
PO Box 2270
Reno, NV 89505

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Thomas Jack Pearson
Pearson & Campbell, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Lloyd Pierre-Louis
Law Offices of Squire
& Pierre-Louis, LLC
65 East State Street, Suite 200
Columbus, OH 43215

Thomas Plouff
Plouff Law Offices, PC
1117 22nd Street, South
Birmingham, AL 35205

Matthew N. Pope
Office of Matthew N. Pope
945 Broadway, Suite 205
Columbus, GA 31901-2624

Lewis Franklin Powell, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Carolyn Kaye Ranke
1220 West Sixth Street, Suite 303
Cleveland, OH 44113

Jimmy Reid
1421 Miltonwood Road
Brown Summit, NC 27214

D. Aaron Rihn
Peirce, Raimond & Coulter, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1918

Randell C. Roberts
Roberts & Roberts
118 W. Fourth Street
Tyler, TX 75701-4000

Robert W. Rowan
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd., Suite 200
Philadelphia, PA 19103

Michael J. Ryan
Krupnick, Campbell, Malone,
Roselli, et al.
700 S.E. 3rd Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, FL 33316-1186

Robert L. Salim
P.O. Box 2069
Natchitoches, LA 71457-2069

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Richard D. Schuler
Sculer, Wilkerson, Halvorson
& Williams P.A.
1615 Forum Place, Floor D
West Palm Beach, FL 33401

Chad Schulze
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Daniel B. Scott
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Anne M. Seibel
Bradley Arant Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Robert K. Shelquist
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Arthur Sherman
Sherman, Salkow, Petoyan & Weber
11601 Wilshire Blvd., Suite 675
Los Angeles, CA 90025-1742

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street, Suite 2500
LL&E Tower
New Orleans, LA 70112

Joseph W. Steele
Steele, Ruffinengo & Biggs
50 South Main Street, Suite 1550
Salt Lake City, UT 84144

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Jason J. Thompson
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202

Chad M. Tuschman
Williams, Jilek, Lafferty, Gallagher
& Scott Co.
500 Toledo Legal Building
416 North Erie Street
Toledo, OH 43624-1696

Monica Celeste Vaughan
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard, Suite 800
Three Post Oak Central
Houston, TX 77056-3815

Marcus W. Viles
Viles & Beckham, P.A.
2075 West First Street, Suite 100
P.O. Box 2486
Ft. Myers, FL 33902

Seth S. Webb
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd.
Suite 4000
Miami, FL 33131-2398

Andrew J. Wilson
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Richard E. Wilson
Cox & Cox, et al.
723 Broad Street
Lake Charles, LA 70601

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

David W. Zoll
Zoll & Kranz, LLC
6620 W. Central Ave., Suite 200
Toledo, OH 43617

Matthew Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-0466